# Third District Court of Appeal

## State of Florida

Opinion filed July 9, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D13-1443
Lower Tribunal No. 10-61217
_____

**Hannia T. Lemus,**
Appellant,

vs.

**Shrimp Market of South Florida, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marc Schumacher, Judge.

Sina Negahbani, for appellant.

Isicoff, Ragatz & Koenigsberg and Eric D. Isicoff and Teresa Ragatz, for appellee.

Before SHEPHERD, C.J., and SUAREZ and SCALES, JJ.

SHEPHERD, C.J.

## ON MOTION
## FOR REHEARING GRANTED

Just as we recently summarily affirmed the decision of the trial court in this case by citation per curiam affirmance to our opinion in _Delva v. Continental Group, Inc._, 96 So. 3d 956 (Fla. 3d DCA 2012), and having been in the meantime reversed by the Florida Supreme Court; we now withdraw that opinion and summarily reverse the case before us on the strength of yet higher authority. _See Delva v. Cont'l Grp., Inc._, 137 So. 3d 371 (Fla. 2014) (extending the definition of discrimination based on sex to include discrimination on the basis of pregnancy).

Reversed and remanded for further proceedings.